## United States Bankruptcy Court
## Western District of Tennessee

IN RE:  Case No. :16-23082-L

Chapter 13

### AMENDED CHAPTER 13 PLAN
(Individual Adjustment of Debts)

DEBTOR(S):    (H) Quan  Anderson    S.S. # 0247

(W)    S.S. #

ADDRESS:    1486 Felix Ave.

Memphis, TN 38114

PLAN PAYMENT: Debtor(s) to pay $ 700.00 [ ] weekly [X] every two weeks [ ] semi-monthly [ ] monthly

PAYROLL DEDUCTION: Yes OR [ ] DIRECT PAY

BECAUSE:

FIRST PAYMENT DATE: 4/7/16

PLACE OF EMPLOYMENT: Compass Two LLC @ 2400 Yorkmont Rd. Charlotte, NC 28217

ADMINISTRATIVE:    Pay filing fee, Trustee's fee, and debtor's attorney fee, pursuant to Court Order.

AUTO INSURANCE: [X] Not included in Plan [ ] Included in Plan $ 0.00

CHILD SUPPORT: Future support through Plan to None $ 0.00

Child support arrearage amount None $ 0.00

PRIORITY CREDITORS: None $ 0.00

HOME MORTGAGE If no arrearage, ongoing payments are to be paid directly by the debtor(s)

Amerihome- Current Notice Only  paid outside plan  Begin $ 0.00 Approx. arrearage Interest % $ 0.00

Ocwen Loan - Current Notice Only  paid outside plan  Begin $ 0.00 Approx. arrearage Interest % $ 0.00

SECURED CREDITORS:

(Retain lien 11 U.S.C. § 1325(a)(5))

| | VALUE COLLATERAL | RATE OF INTEREST | MONTHLY PLAN PMT. |
|---|---|---|---|
| Credit Acceptance | $ 8,779.00 | 5 % | $ 175.00 |

UNSECURED CREDITORS: Percentage to be paid to be determined by Trustee.

ESTIMATED TOTAL UNSECURED, NON-PRIORITY DEBT: $70,577.61

TERMINATION: Plan shall terminate upon payment of the above, approximately 60 months.

* ADEQUATE PROTECTION PAYMENT WILL BE 1/4 (25%) OF PROPOSED CREDITOR MONTHLY PAYMENT.

FAILURE TO FILE TIMELY WRITTEN OBJECTION TO CONFIRMATION WILL BE DEEMED ACCEPTANCE OF PLAN.

Absent a specific court order otherwise, all claims other than those specifically provided for above shall be paid as general unsecured debts. General unsecured creditors shall receive TBD%.